FORM 2

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT    NEW HAVEN

2/12 2004
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

Tyson Hunter
_____

v.

Brian K. Murphy
_____

CIVIL CASE NO. 3:02CV340(EBB)

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), __Tyson Hunter__ respectfully requests leave
                                (appealing party)
to file the within notice of appeal out of time. __Tyson Hunter__ desires to appeal
                                                  (appealing party)
the judgment in this action entered on __Oct. 18__, but failed to file a notice of appeal
within the required number of days because: I had know money to pay my attorney to appeal this case.

EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.

First I had a paid lawyer to file my petition to the Fed. Court and when he needed more money to file my petition to the 2nd Cir. I didn't have it to pay. So I never got the paperwork to file to the 2nd Cir. myself because my attorney didn't send it to me

_Tyson Hunter_
Signature

TYSON HUNTER
Print Name

1153 East St South
r
Suffield, CT 06078
Address

Date: 2/3/04

N/A
Telephone Number

Note: You may file this form, together with a copy of Form 1, [Notice of Appeal] if you are seeking to appeal a judgment and did not file a copy of Form 1 [Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.