AO 240  (Rev. 9/9 )

# UNITED STATES DISTRICT COURT

**District of** Connecticut

Tyson Hunter
Plaintiff

V.

Brian K. Murphy
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE  3:02 CV 340(EBB)

I, Tyson Hunter _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☑ Yes        ☐ No        (If "No," go to Part 2)

    If "Yes," state the place of your        McdougAll _____

    Are you employed at the    _____    Do you receive any payment from the    _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** transactions.

2.  Are you currently employed?    ☐ Yes        ☑ No

    a.    If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.    If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.    Business, profession or other self-            ☐ Yes        ☐ No
    b.    Rent payments, interest or dividends           ☐ Yes        ☐ No
    c.    Pensions, annuities or life insurance          ☐ Yes        ☐ No
    d.    Disability or workers compensation payments    ☐ Yes        ☐ No
    e.    Gifts or inheritances                          ☑ Yes        ☐ No
    f.    Any other sources                              ☐ Yes        ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240,Reverse (Rev. 9/96)

4.   Do you have **any** cash or checking or savings          ☐ Yes          ☑ No

     If "Yes," state the total          _____

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles
     or any other
     thing of value?          ☐ Yes          ☐ No

     If "Yes," describe the property and state its value.

6.   List the persons who are dependent on you for support, state your relationship to each person
     and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_2-19-04_____          _Tyson Hunter_____
          Date                                      Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets.
In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing
all receipts, expenditures, and balances during the last six months in your institutional accounts. If you
have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT *FILED*

Prisoner Authorization Form *FEB 20  2 12 PH '04*

*U.S. DISTRICT COURT*
*NEW HAVEN, CONN.*

Case Number: 3:02CV340(EBB)

Filing Date: _____
   (To be filled in by Clerk)

Inmate Name: Tyson Hunter

Inmate Number: 259730

D.O.C. Facility: McDougall

Case Caption: Tyson Hunter ____ v. Brian K. Murphy ____

I, Tyson Hunter ____, request and authorize the Department of Correction or any other agency holding me in custody, to send to the CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT, certified copies of my inmate trust fund account statements (or the institutional equivalent) for the past six months.

I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915 (b), to deduct those amounts from my inmate trust fund account (or institutional equivalent) and to disburse those amounts AS INSTRUCTED BY THE UNITED STATES DISTRICT COURT.

This authorization is furnished with the above numbered and entitled case and shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT IF I AM PERMITTED TO PROCEED IN FORMA PAUPERIS THE ENTIRE FILING FEE OF $150 WILL BE PAID IN MONTHLY INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY INMATE TRUST FUND ACCOUNT **EVEN IF MY CASE IS DENIED OR DISMISSED**.


_Tyson Hunter_                          _2-19-04_
Signature of Inmate                       Date Signed

COM143

```
                    CONNECTICUT DEPARTMENT OF CORRECTION           OTRTASTA
              T R U S T   A C C O U N T   S T A T E M E N T      4.10.0.0.9 TR
```

DOC: 0000259730    Name: HUNTER, TYSON                    DOB: 08/04/1977
LOCATION: 137-J

                                          Max Date:

ACCOUNT BALANCES  Total :      157.60   CURRENT:    157.60   HOLD:      0.00

                        08/13/2003    02/13/2004

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| HOLIDAY PACKAGES | 0.00 | 0.00 |
| SPENDABLE BALANCE | 384.54 | 157.60 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|

### TRANSACTION DESCRIPTIONS -- HOLIDAY PACKAGES SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 11/20/2003 | OT | Sub-Account Transfer | 48.00 | 48.00 |
| 11/25/2003 | CRS | CRS SAL ORD #2110367 D1 | ( 47.75) | 0.25 |
| 01/30/2004 | OT | Sub-Account Transfer | ( 0.25) | 0.00 |

### TRANSACTION DESCRIPTIONS -- SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 08/14/2003 | DMR | Mail Receipts  137 | 100.00 | 484.54 |
| 08/15/2003 | CRS | CRS SAL ORD #1919210 D1 | ( 49.21) | 435.33 |
| 08/19/2003 | DSP | Inmate State Pay  137  081403 | 10.50 | 445.83 |
| 08/22/2003 | CRS | CRS SAL ORD #1932844 D1 | ( 19.17) | 426.66 |
| 08/29/2003 | CRS | CRS SAL ORD #1944348 D1 | ( 25.68) | 400.98 |
| 09/05/2003 | CRS | CRS SAL ORD #1957438 D1 | ( 13.28) | 387.70 |
| 09/05/2003 | DSP | Inmate State Pay  137  082803 | 9.00 | 396.70 |
| 09/09/2003 | WCOP | Copies  137 | ( 0.50) | 396.20 |
| 09/12/2003 | CRS | CRS SAL ORD #1970183 D1 | ( 19.95) | 376.25 |
| 09/19/2003 | CRS | CRS SAL ORD #1984054 D1 | ( 11.31) | 364.94 |
| 09/19/2003 | DSP | Inmate State Pay  137  091103 | 10.50 | 375.44 |
| 09/26/2003 | CRS | CRS SAL ORD #1996174 D1 | ( 22.84) | 352.60 |
| 10/03/2003 | CRS | CRS SAL ORD #2009132 D1 | ( 19.48) | 333.12 |
| 10/07/2003 | DSP | Inmate State Pay  137  092503 | 10.50 | 343.62 |
| 10/10/2003 | CRS | CRS SAL ORD #2023273 D1 | ( 12.99) | 330.63 |
| 10/16/2003 | DSP | Inmate State Pay  137  100903 | 10.50 | 341.13 |
| 10/17/2003 | CRS | CRS SAL ORD #2036459 D1 | ( 23.71) | 317.42 |
| 10/24/2003 | CRS | CRS SAL ORD #2048899 D1 | ( 17.47) | 299.95 |
| 10/29/2003 | DSP | Inmate State Pay  137  102303 | 10.50 | 310.45 |
| 10/31/2003 | CRS | CRS SAL ORD #2060418 D1 | ( 11.15) | 299.30 |

COM148

CONNECTICUT DEPARTMENT OF CORRECTION     OTRTASTA
T R U S T   A C C O U N T   S T A T E M E N T    4.10.0.0.9 TR

DOC: 0000259730     Name: HUNTER, TYSON       DOB: 08/04/1977
LOCATION: 137-J

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|-------------------------|-----------------|---------|
| 11/01/2001 | CRS | CRS SAL ORD #2060509 D1 | ( 11.15) | 288.15 |
| 11/01/2001 | CEC | CEC SAL ORD #2060509 | 11.15 | 299.30 |
| 11/01/2001 | CEC | CEC SAL ORD #2060418 | 11.15 | 310.45 |
| 11/01/2001 | CRS | CRS SAL ORD #2060655 D1 | ( 11.15) | 299.30 |
| 11/05/2001 | WPHO | Photos SP 137 | ( 3.00) | 296.30 |
| 11/07/2001 | CRS | CRS SAL ORD #2074637 D1 | ( 11.26) | 285.04 |
| 11/14/2001 | CRS | CRS SAL ORD #2089007 D1 | ( 24.15) | 260.89 |
| 11/14/2001 | DSP | Inmate State Pay 137 110603 | 7.50 | 268.39 |
| 11/20/2001 | OT | Sub-Account Transfer | ( 48.00) | 220.39 |
| 11/21/2001 | CRS | CRS SAL ORD #2105214 D1 | ( 8.15) | 212.24 |
| 11/25/2001 | CEC | CEC SAL ORD #2105214 | 2.24 | 214.48 |
| 11/28/2001 | CRS | CRS SAL ORD #2119505 D1 | ( 29.66) | 184.82 |
| 11/28/2001 | DSP | Inmate State Pay 137 112003 | 10.50 | 195.32 |
| 12/03/2001 | DMR | Mail Receipts 137 | 50.00 | 245.32 |
| 12/05/2001 | CRS | CRS SAL ORD #2136721 D1 | ( 12.64) | 232.68 |
| 12/11/2003 | DSP | Inmate State Pay 137 120403 | 10.50 | 243.18 |
| 12/12/2003 | CRS | CRS SAL ORD #2153598 D1 | ( 28.87) | 214.31 |
| 12/16/2003 | DMR | Mail Receipts 137 | 100.00 | 314.31 |
| 12/20/2003 | CRS | CRS SAL ORD #2173325 D1 | ( 26.96) | 287.35 |
| 12/24/2003 | DSP | Inmate State Pay 137 121803 | 10.50 | 297.85 |
| 12/29/2003 | CRS | CRS SAL ORD #2186786 D1 | ( 18.81) | 279.04 |
| 12/30/2003 | DMR | Mail Receipts 137 | 50.00 | 329.04 |
| 01/02/2004 | CRS | CRS SAL ORD #2202364 D1 | ( 31.11) | 297.93 |
| 01/02/2004 | CEC | CEC SAL ORD #2186786 | 2.52 | 300.45 |
| 01/09/2004 | CRS | CRS SAL ORD #2218992 D1 | ( 28.27) | 272.18 |
| 01/09/2004 | DSP | Inmate State Pay 137 010104 | 10.50 | 282.68 |
| 01/16/2004 | CRS | CRS SAL ORD #2232733 D1 | ( 27.76) | 254.92 |
| 01/21/2004 | DSP | Inmate State Pay 137 011504 | 10.50 | 265.42 |
| 01/23/2004 | CRS | CRS SAL ORD #2245192 D1 | ( 25.42) | 240.00 |
| 01/29/2004 | CRS | CRS SAL ORD #2254992 D1 | ( 48.09) | 191.91 |
| 01/30/2004 | OT | Sub-Account Transfer | 0.25 | 192.16 |
| 02/02/2004 | CRS | CRS SAL ORD #2259948 D1 | ( 27.15) | 165.01 |
| 02/06/2004 | CRS | CRS SAL ORD #2273625 D1 | ( 17.91) | 147.10 |
| 02/06/2004 | DSP | Inmate State Pay 137 012904 | 10.50 | 157.60 |