AO 24 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of ___Connecticut___

TYSON HUNTER
_____ Plaintiff

v.

BRIAN J.F. MURPHY
_____ Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE  3:02 CV 340 (EBB)

I, ___Tyson Hunter___ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant    ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fe
under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I a
entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

If "Yes," state the place of your    McDougall

Are you employed at the    _____    Do you receive any payment from the    _____

Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six
transactions.

2.  Are you currently employed?    ☐ Yes    ☑ No

a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period a
give the name and address of your employer.

b.  If the answer is "No," state the date of your last employment, the amount of your take-ho
salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources

| | | |
|---|---|---|
| a. Business, profession or other self- | ☐ Yes | ☐ No |
| b. Rent payments, interest or dividends | ☐ Yes | ☐ No |
| c. Pensions, annuities or life insurance | ☐ Yes | ☐ No |
| d. Disability or workers compensation payments | ☐ Yes | ☐ No |
| e. Gifts or inheritances | ☑ Yes | ☐ No |
| f. Any other sources | ☐ Yes | ☐ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of mo
and state the amount received and what you expect you will continue to receive.