# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED

MAR 8  10 44 AM '04

US DISTRICT COURT
NEW HAVEN CONN

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

___Tyson Hunter___,
Plaintiff(s),

v.                    Case No. 3:02CV340(EBB)

___Brian K. Murphy___,
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

___Tyson Hunter___
Original Signature

___Tyson Hunter___
Name (print or type)
___1153 East St South___
Street Address
___Suffield___  ___CT___  ___06078___
City          State     Zip Code
( )_____
Telephone Number

(Rev. 6/12/02)

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

TYSON HUNTER,
 Plaintiff(s),

v.   Case No. 3:02CV340 (EBB)

BRIAN K. MURPHY,
 Defendant(s).

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ✓   Married ____   Separated ____   Divorced ____
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____   No ✓
Dependents: Wife ____   Children # 0   Others # ____
and relationship _____
The names and ages of my children are:
Name TYSON HUNTER JR   Age 5
Name _____   Age ____
Name _____   Age ____

**RESIDENCE**
Street Address: 1153 EAST ST SOUTH
City: SUFFIELD   State: CT
Zip Code: 06078   Telephone: NONE

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8      High School   9 10 11 ⑫
College   1 2 3 4      Post-Graduate   1 2 3 4

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: ___none___
Address of employer: ___none___
How long employed by present employer: ___none___
Income:   Monthly ___none___      Weekly ___none___

If <u>self-employed</u> state weekly wages: ___none___
What is the nature of your employment? ___none___

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the ___none___ day of ___none___, 19___
The name of my last employer: ___none___
Address: ___none___
Telephone #: (___) ___none___
The last salary or wages received: ___none___

If <u>spouse</u> is employed, please complete the following:
Name of employer: ___none___
How long employed: ___none___
Income:   Monthly ___none___      Weekly ___none___
What is the nature of spouse's employment? ___none___

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: ___none___
I am receiving $___none___ monthly ___none___ weekly ___none___
for myself and family of ___none___.

If receiving <u>social security, disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: ___none___.
I am receiving $___none___ monthly ___none___ weekly ___none___.

**FINANCIAL STATUS**
Owner of real property?   Yes ___   No ✓
If yes, description: ___none___
Address: ___none___
In whose name? ___none___

3

Estimated value: _____ none _____
Amount owed: _____ none _____
Owed to: _____ none _____
Total: ____ none _____ Monthly payment ____ none _____

Owed to: _____ none _____
Total: ____ none _____ Monthly payment ____ none _____
Annual income from property: ____ none _____

Other property:
Automobile: Make __none__ Model __none__ Year _____
Registered owner(s) name(s): _____ none _____
Present value of automobile: _____ none _____
Owed to: _____ none _____
Amount owed: _____ none _____

Cash on hand:
Cash in banks and savings and loan associations: __none__
Names and addresses of banks and associations: __none__

_____
_____

**OBLIGATIONS:**
Monthly rental on house or apartment:              $ __NO__
Monthly mortgage payment on house:                 $ __NO__
Gas bill per month:                                $ __NO__
Electric bill per month:                           $ __NO__
Phone bill per month:                              $ __NO__
Car payments per month:                            $ __NO__
Car insurance payments per month:                  $ __NO__
Other types of insurance payments per month        $ __NO__
Monthly payments to retail merchants:              $ __NO__
   Please list: ____none____                       $ __NO__
   Please list: ____none____                       $ __NO__
Monthly payments on any other outstanding
loans or debts:                                    $ __NO__
   Please list: ____none____                       $ __NO__
   Please list: ____none____                       $ __NO__
Any money owed to doctors, hospitals, lawyers
   Please list: ____NO____                         $ __NO__
   Please list: ____NO____                         $ __NO__
Monthly payment for maintenance or child support
under separation or dissolution agreement:         $ __NO__
Estimated monthly expenditure on food:             $ __NO__
Estimated monthly expenditure on clothing:         $ __NO__

4

Total amount of monthly obligations:        $ none

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):

None

Date: 3-3-04                                    _Tipon Hunter_
                                                 **Original Signature of Affiant**


### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 3-3-04                                    _Tipon Hunter_
                                                 Original Signature of Affiant