# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
Mar 9  10 44 AM '04

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

__Tyson Hunter__,
Plaintiff(s),

v.                                    Case No. 3:02CV 340 (EBB)

__Brian K. Murphy__,
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1)   I am unable to pay such fees, costs, or give security therefor.
(2)   I am entitled to commence this action against the defendant(s).
(3)   I request that the court direct the United States Marshal's Service to serve process.

__Tyson Hunter__
Original Signature

__Tyson Hunter__
Name (print or type)
__1153 East St South__
Street Address
__Suffield        CT      06078__
City            State      Zip Code
( )
Telephone Number

(Rev. 6/12/02)