ATTORNEY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND VOLUMES OF
ORIGINAL RECORD. 2

DATE: 2-20-04 y.s.
Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Tyson Hunter

v.                                Civil Case #3:02cv340(EBB)

Brian K. Murphy

USCA NO. 04-0877-pr

INDEX TO THE RECORD ON APPEAL
Documents 1 thru 25