**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

*UNITED STATES COURT OF APPEALS FILED JUL 15 2004 Roseann B. MacKechnie, CLERK SECOND CIRCUIT*

Date:              7/19/04

Docket Number:     04-0877-pr
Short Title:       Hunter v. Murphy
DC Docket Number:  02-cv-340
DC:                DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:          Honorable Ellen Burns

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of July two thousand four.

Tyson Hunter,

   Plaintiff-Appellant,

v.

Brian K. Murphy,

   Defendant-Appellee.

Petitioner, having filed a Notice of Appeal from an order denying relief in an application brought under the provisions of 28 U.S.C. Section 2254, and it appearing that the District Court denied petitioner's Tyson Hunter request for a Certificate of Appealability, the Court of Appeals construed the Notice of Appeal as a motion for Certificate of Appealability, requesting that petitioner Tyson Hunter comply with this Court's Local Rule 22(a), by submitting, within 21 days of the initial request, a motion in support of a Certificate of Appealability in which petitioner identified each issue to be raised on appeal and provided facts and a brief statement of reasons showing that petitioner had been denied a constitutional right. Petitioner, having failed to comply with the Second Circuit Local Rule 22(a), it is ORDERED that petitioner's request for a Certificate of Appealability is DENIED and DISMISSED with prejudice.

Enclosures:

                                       For the Court,
                                       Roseann B. MacKechnie, Clerk

                                       By: Yolanda Siders
                                       Deputy Clerk

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

ISSUED AS MANDATE: JUL 1 5 2004